454 A.2d 173

Commonwealth v. Henninger, Appellant.

Argued Octo-

628

ber 12, 1982. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WIEAND and BECK, JJ.

Judgment of sentence affirmed.